UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>FABIAN VAKSMAN,<br><br>　　　　　　　　Defendant. | NO.　　CR-11-0074-WFN-1<br><br>ORDER ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND RESETTING SENTENCING |

Pending before the Court is Defendant's Motion to Dismiss Case For Lack of Jurisdiction (ECF No. 52). In his Motion, Defendant asserts that this Court lacks jurisdiction because the Canadian/American Extradition Treaty has not been complied with. However, Defendant entered a plea of guilty pursuant to a Plea Agreement on May 12, 2011, to the charge of Criminal Contempt in violation of 18 U.S.C. § 401(3) (ECF No. 25). Defendant's current Motion fails as "a guilty plea admits even those factual allegations in the indictment that form the predicate for federal jurisdiction." *United States v. Mathews,* 833 F.2d 161, 164 (9th Cir. 1987). Accordingly,

**IT IS ORDERED** that:

　　1.　Defendant's Motion to Dismiss Case For Lack of Jurisdiction, filed August 21, 2011, **ECF No. 52**, is **DENIED**.

　　2.　The hearing on Defendant's Motion scheduled for **September 13, 2011, at 1:30 p.m. in Spokane,** Washington is **VACATED**.

　　3.　The September 29, 2011 sentencing hearing is **STRICKEN and RESET to October 3, 2011, at 1:30 p.m., in Spokane**, Washington.

ORDER - 1

1  The District Court Executive is directed to file this Order and provide copies to
2  counsel **AND TO** United States Probation Officer Gloria Petretee.
3  **DATED** this 6th day of September, 2011.
4
5                                             s/ Wm. Fremming Nielsen
                                               WM. FREMMING NIELSEN
6  09-06                                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2