UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>  -vs-<br>FABIAN VAKSMAN,<br>                Defendant. | NO.   CR-11-0074-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

Pending before the Court is Defendant's Motion for Reconsideration (ECF No. 64), which was expedited (ECF No. 67). The Court grants the Motion to Expedite and concludes that oral argument is not warranted for the Motion for Reconsideration. L.R. 7.1(h)(3)(iv). 18 U.S.C. § 401 states that, "[a] court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as– (3) Disobedience or resistance to its lawful . . . order . . . ."  In his Motion, Defendant attempts to differentiate this case from *United States v. Mathews,* 833 F.2d 161 (9th Cir. 1987). However, in Defendant's Plea Agreement, Defendant admitted to the factual allegations that form the predicate for federal jurisdiction:  Namely, that Defendant "knowingly and willfully failed to surrender for service of sentence, pursuant to Judge Quackenbush's lawful order of March 17, 2010" (ECF No. 25 at 5). Therefore, Defendant's Motion for Reconsideration fails. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Reconsideration, filed September 19, 2011, **ECF No. 64**, is **DENIED**.

ORDER - 1


2. Defendant's Motion to Expedite, filed September 19, 2011, **ECF No. 67**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

3. The hearing on Defendant's Motion for Reconsideration scheduled for **October 3, 2011, at 1:30 p.m. in Spokane,** Washington is **VACATED**.

4. The sentencing hearing scheduled for **October 3, 2011, at 1:30 p.m., in Spokane**, Washington is **CONFIRMED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 22nd day of September, 2011.

09-22-11

           s/ Wm. Fremming Nielsen
           WM. FREMMING NIELSEN
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2