UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   -vs-<br><br>FABIAN VAKSMAN,<br><br>               Defendant. | NO.    CR-11-0074-WFN-1<br><br>ORDER ON MOTION FOR RETURN OF PASSPORT AND PERMISSION TO LEAVE FOR ISRAEL |

Before the Court is Defendant's Motion For Return of Passport and Permission to Leave for Israel (ECF No. 117). Because Defendant's Motion lacked supporting authority, Defendant was asked to supplement his Motion. In his supplement, Defendant cited 18 U.S.C. § 3583(e)(1). That subsection allows for the termination of a term of supervised release after the expiration of one year of supervised release if it is warranted by the conduct of the Defendant and if it is in the interest of justice. The Court is not inclined to terminate Defendant's supervised release. However, it is willing to consider allowing Defendant to travel to Israel. Rather than via this Motion, Defendant should work with his probation officer in the Western District of Washington to effectuate his goal. Accordingly,

**IT IS ORDERED** that Defendant's Motion For Return of Passport and Permission to Leave For Israel, filed May 19, 2013, **ECF No. 117**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to Government counsel, Mr. Niesen, Defendant Vaksman and United States Probation Officer Tom Fitzgerald of the Western District of Washington.

ORDER ON MOTION FOR RETURN OF PASSPORT
AND PERMISSION TO LEAVE FOR ISRAEL - 1

1  **DATED** this 30th day of July, 2013.

2

3                                              s/ Wm. Fremming Nielsen
                                               WM. FREMMING NIELSEN
4  07-30-13                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR RETURN OF PASSPORT
AND PERMISSION TO LEAVE FOR ISRAEL - 2